No. 992. EDWARD H. CHILDS, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit. June 9, 1924. Suggestion to strike the petition for a writ of certiorari in this cause from the docket granted. *Mr. Moses Cohen* for petitioner. *Mr. Solicitor General Beck* and *Mr. Alfred A. Wheat* for the United States.

No. 1077. CATHERINE G. BRANAN, JUNIOR, AN INFANT, ETC. *v.* WILLIAM A. WIMSATT, TRADING AS JOHNSON AND WIMSATT. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia. June 9, 1924. The Court having considered the petition for a writ of certiorari filed in manuscript and the brief presented by the petitioner in support of the same, denies the petition for a writ of certiorari; and therefore denies the motion of the petitioner for leave to proceed *in forma pauperis* and to have the record printed at public expense. *Mr. Sidney F. Taliaferro* and *Mr. Thomas P. Littlepage* for petitioner. No appearance for respondent.

No. 751. J. E. WILLIAMS ET AL. *v.* UNITED STATES. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. Wallace* for petitioners. *Mr. Solicitor General Beck* and *Mr. Assistant to the Attorney General Seymour* for the United States.

No. 973. NORTH PACIFIC STEAMSHIP COMPANY *v.* WILLIAM T. SOLEY. Error to the Supreme Court of the State of California. June 9, 1924. Petition for a writ of certiorari herein denied. *Mr. Ernest Clewe,* for plaintiff in error, in support of the petition. *Mr. Henry Heidelberg,* for defendant in error, in opposition to the petition.